**MINUTE ENTRY**
**DUVAL, J.**
**MARCH 19, 2008**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CONRAD MORNAY, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-5274** |
| **TRAVELERS INSURANCE COMPANY, ET AL** | **SECTION: K (2)** |

### ORAL ARGUMENT

**MOTION to dismiss** *or to strike Amended Complaint by* Xactware Solutions, Inc**, filed 2/4/08, doc. 25.**

**MOTION to dismiss** by Standard Fire Insurance Company, **filed 2/4/08, doc. 31.**

**CASE MANAGER:  SHEENA DEMAS**
**COURT RECORDER:  CONNIE KELLY & BONNIE HEBERT**

**APPEARANCES:** James Watkins, Soren Gisleson, Stephen Herman, Harry Rosenberg,,
Bryce Friedman, Michael Garvey, Mark Cunningham & Joel Cohen

**Court heard oral argument in CA 06-8262 (Schafer) at the same time, docs. 79 & 81.**
**Court begins at 10:36 a.m.**
**Case called; all present and ready.**
**Oral  argument by parties.**
**These matters are UNDER ADVISEMENT.**
**Court adjourns at  11:44 a.m.**

JS-10 (:54)